OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

4/6/2015

TURNER, JAMES DANIEL    Tr. Ct. No. W87-88356-L (C)    WR-6,771-10

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

02 1R
0002003152
MAILED FROM ZIP CODE 78701
$ 00.26⁵
APR 16 2015
PITNEY BOWES

JAMES DANIEL TURNER
████████████ - TDC # 488478
████████████
████████████ TX 7734█

U T F

UTF-Rel